AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| SYLVIA ROLDAN-CRUZ <br><br> *Plaintiff(s)* <br> v. <br> COMMONWEALTH OF PUERTO RICO; et als. <br><br> *Defendant(s)* | Civil Action No. 24-cv-1101 GMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Puerto Rico Police Department

601 Ave. Frankling Delano Roosevelt, San Juan, PR 00936.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   VICTOR M. RIVERA-RIOS
1420 FERNANDEZ JUNCOS AVE.
SAN JUAN, PR 00909
Office: (787)727-5710  Fax: (787) 268-1835  Mobile: (787) 565-3477
E-mail: victorriverarios@rcrtrblaw.com & info.vrr@rcrtrblaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ADA I. GARCIA-RIVERA, ESQ.
*CLERK OF COURT*

Date: 03/06/2024

Digitally signed by Ana Duran
Date: 2024.03.06 08:22:19
-04'00'

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 24-1101

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Puerto Rico Police Department P/C Sra. Elsa H. Rodriguez Barbosa - Secretaria - Directora Interina
was received by me on *(date)* 7 de marzo de 2024

☒ I personally served the summons on the individual at *(place)* 601 Ave. Franklin Delano Roosevelt, San Juan, P.R. 00936 on *(date)* 8 de marzo de 2024 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

Alberto A. Segarra Cordero - Emplazador
*Printed name and title*

Villa Del Rey 5ta Caguas, PR 00727
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

MAR 8'24  3:30PM
DEPTO. DE JUSTICIA

CORRESPONDENCIA

| | |
|---|---|
| SYLVIA ROLDAN-CRUZ <br><br> *Plaintiff(s)* <br> v. <br> COMMONWEALTH OF PUERTO RICO; et als. <br><br> *Defendant(s)* | Civil Action No. 24-cv-1101 GMM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF JUSTICE, SAN JUAN, PUERTO RICO

Calle Teniente Cesar Gonzalez 677, Esq. Ave. Jesus T. Piñero, San Juan PR

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   VICTOR M. RIVERA-RIOS
1420 FERNANDEZ JUNCOS AVE.
SAN JUAN, PR 00909
Office: (787)727-5710  Fax: (787) 268-1835  Mobile: (787) 565-3477
E-mail: victorriverarios@rcrtrblaw.com & info.vrr@rcrtrblaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ADA I. GARCIA-RIVERA, ESQ.
*CLERK OF COURT*

Date: 03/06/2024

*Signature of Clerk or Deputy Clerk*

Digitally signed by Ana Duran
Date: 2024.03.06 08:21:21
-04'00'

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 24-1101

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lcdo. Domingo Emanuelli Hernández, Sec. De Justicia p/c Lcda. Susana I. Peñagaricano Brown, Secretaria Auxiliar de lo Civil
was received by me on *(date)* 7 de marzo de 2024

☒ I personally served the summons on the individual at *(place)* Departamento De Justicia, Calle Teniente César González 677; Esq. Ave. Jesús T. Piñero, San Juan, P.R. 00919 on *(date)* 8 de marzo de 2024 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

Alberto A. Segarra Cordero - Emplazador
Printed name and title

Villa Del Rey 5ta Caguas, P.R. 00727
Server's address

Additional information regarding attempted service, etc: