IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Sylvia Roldán-Cruz,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>Commonwealth of Puerto Rico, et al.,<br><br>　　　　Defendants. | **Civil No. 24-1101(GMM)** |

**JUDGMENT**

On July 17, 2024, the Court issued an *Opinion and Order* granting the *Motion to Dismiss First Amended Complaint Under Federal Rule of Civil Procedure 12(b)(6)* filed by the Commonwealth of Puerto Rico ("Commonwealth") and the Puerto Rico Police Bureau. (Docket Nos. 13, 17). Accordingly, the Court dismissed with prejudice Plaintiff's claims against the Commonwealth and the Puerto Rico Police Bureau pursuant to Section 1983. The Court also dismissed without prejudice Plaintiff's claims pursuant to Puerto Rico's torts statutes.

On May 19, 2025, Plaintiff filed a *Notice of Partial Voluntary Dismissal Without Prejudice as to Claims Against the Individual Co-Defendants* requesting the dismissal without prejudice as to claims filed against the individual co-Defendants Agent Sarmiento, Agent Santiago, Agent Peña, Agent Isaias Ortiz Valentín and Agent Carlos Cruz. (Docket No. 28).

Pursuant to the *Opinion and Order* issued at Docket No. 17 and to the Order at Docket No. 29, and there being no matters pending before

**Civil No. 24-1101(GMM)**
**Page -2-**

this Court, Judgment is hereby entered. This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, May 19, 2025.

s/Gina R. Méndez-Miró
GINA R. MÉNDEZ-MIRÓ
UNITED STATES DISTRICT JUDGE
